IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN (JACKSON) DIVISION

Civil Minutes - General

Case No:   **3:19-cv-700-TSL-LGI**                     Place Held:   Visiting Judges' Chambers (Oxford)

**Latoya Johnson**, *Individually and as a*
*Personal Representative of the Decedent, Robert Wayne Johnson,*
*for and on behalf of all wrongful death beneficiaries, and as*
*Administratrix of the Estate of Robert Wayne Johnson, Deceased*                     **Plaintiff**

V

**Kemper County, Mississippi,**
**Sheriff James Moore**, *Individually and in his Official Capacity*
*as the Sheriff of the Kemper County, Mississippi Sheriff's Department*
**Lieutenant Marquice Collins**, *Individually and in his Official Capacity,* et al      **Defendants**

Date:            April 7, 2022
Begin:           10:00 a.m.
End:             3:15 p.m.
Total Time:      5 Hours and 15 minutes

PRESENT:      David A. Sanders, United States Magistrate Judge (Northern District)

| ATTORNEYS PARTICIPATING FOR PLAINTIFF | ATTORNEYS PARTICIPATING FOR DEFENDANTS |
|---|---|
| J. Cliff Johnson , II | Robert J. Dambrino , III |
| Hope Thompson – Student | Jamie F. Lee |
| Reese Neely – Student | |
| Victor I. Fleitas | |

PROCEEDINGS: Settlement Conference

Docket Entry:   Parties were unable to reach a settlement agreement during the conference; settlement negotiations are ongoing telephonically

DAVID CREWS, CLERK

By:   /s/ Jennifer L. Frantz
      Courtroom Deputy