IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LATOYA JOHNSON, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE DECEDENT,
ROBERT WAYNE JOHNSON, FOR AN ON BEHALF OF
ALL WRONGFUL DEATH BENEFICIARIES AND
AS ADMINISTRATRIX OF THE ESTATE OF
ROBERT WAYNE JOHNSON, DECEASED**                               **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO. 3:19-cv-700-TSL-LGI**

**KEMPER COUNTY, MISSISSIPPI, ET AL.**                          **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice. The parties agree that each shall bear their own costs and attorney's fees.

Respectfully submitted,

_s/*Cliff Johnson*_____
Cliff Johnson (MSB #9383)
MACARTHUR JUSTICE CENTER
University of Mississippi School of Law
481 Chucky Mullins Drive University,
Mississippi 38677
P: 601-915-6863
cliff.johnson@macarthurjustice.org

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
P: 662.840.0270
fleitasv@bellsouth.net

Attorneys for Plaintiff LaToya Johnson

_s/*Jamie F. Lee*_____
Jamie F. Lee, Esq.
(MSB #101881)

Jacks Griffith Luciano, PA
150 N. Sharp Avenue
Cleveland, Mississippi 38732
P: 662-843-6171
jamie@jlpalaw.com

Attorney for Lieutenant Marquice Collins
Defendant


 s/*Robert J. Dambrino III*
Robert J. Dambrino III, Esq.
(MSB #5783)
Gore, Kilpatrick & Dambrino PLLC
2000 Gateway Drive, Suite 160
Grenada, Mississippi 38902
P: 662-226-1891
rdambrino@gorekilpatrick.com

Attorney for Kemper County, Mississippi;
Sheriff James Moore; Correctional Officer
Eric McCoy; Correctional Officer Aaron Hall;
Correctional Officer Kem Hicks;
Warden Johnny Crockett
Defendants